UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   :

MASON TENDERS DISTRICT COUNCIL OF     :
GREATER NEW YORK,
                                   :

               Plaintiff,      :

                                   :

       -v-                      :

                                   :

GIBANE BUILDING COMPANY, et al.,       :

                                   :

            Defendants.     :

                                   :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/14/2016

16-CV-7049 (JMF)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

JESSE M. FURMAN, United States District Judge:

       This case has been assigned to me for all purposes.  It is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court on **November 28, 2016,** at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  All counsel are required to register promptly as filing users on ECF.  **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

       Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.  Additionally, in accordance with Paragraph 2.B of the Court's Individual Rules and Practices, which are available at http://nysd.uscourts.gov/judge/Furman, the parties are hereby ORDERED to file on ECF a joint letter, described below, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **Thursday of the week prior to the initial pretrial conference**.  The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at http://nysd.uscourts.gov/judge/Furman.  Any open legal issues can be addressed at the conference.

       The joint letter shall not exceed five (5) pages, and shall provide the following information in separate paragraphs:

     (1)     A brief statement of the nature of the action and the principal defenses thereto;

     (2)     A brief explanation of why jurisdiction and venue lie in this Court.  In any action in which subject matter jurisdiction is founded on diversity of citizenship pursuant to Title 28, United States Code, Section 1332, the letter must explain the basis for the parties' belief that diversity of citizenship exists.  Where any party is a

2

       corporation, the letter shall state both the place of incorporation and the principal place of business.  In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners, and/or trustees.  *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48 (2d Cir. 2000).

(3)      A statement of all existing deadlines, due dates, and/or cut-off dates;

(4)      A brief description of any outstanding motions;

(5)      A brief description of any discovery that has already taken place and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations;

(6)      A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any; and

(7)      Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

       If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: judgments@nysd.uscourts.gov.

       If (1) counsel agree on a schedule that calls for the close of **all** discovery not more than six (6) months from the date of this Order; (2) counsel submit the joint letter and Proposed Case Management Plan and Scheduling Order to the Court no later than thirty (30) days before the initial pretrial conference; **and** (3) the Court signs and dockets the Proposed Case Management Plan and Scheduling Order, the initial pretrial conference will be cancelled and the parties need not appear in person.  (By contrast, if the Court does not sign and docket the Proposed Case Management Plan and Scheduling Order, the parties must appear at the initial pretrial conference.)  If the initial pretrial conference is cancelled, the parties are reminded to check the docketed Case Management Plan for the date and time of the next pretrial conference.  Further, the parties are cautioned that the Court will not grant an extension to agreed-upon deadlines except in extraordinary circumstances.

       In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next

3

scheduled appearance before the Court.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**Counsel who have noticed an appearance as of the issuance of this order are directed (i) to notify all other parties' attorneys in this action by serving upon each of them a copy of this order and the Court's Individual Rules and Practices (available at http://nysd.uscourts.gov/judge/Furman) forthwith, and (ii) to file proof of such notice with the Court.**  If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Rules and Practices to that party personally.

SO ORDERED.

Dated: September 13, 2016
       New York, New York

JESSE M. FURMAN
United States District Judge