**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

CHAMBERS OF
COLLEEN McMAHON
CHIEF JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/18

| | |
|---|---|
| TO ALL COUNSEL IN: | Mason Tenders District Council v. Gilbane Building Company<br>16 Civ. 7049 (CM) |
| FROM: | Chief Judge McMahon  *CM* |
| RE: | Reassignment |
| DATE: | May 29, 2018 |

Counsel:

The above-captioned case has been reassigned to Chief Judge McMahon.

The judge is aware that there is a pending fully briefed motion.

Please deliver one courtesy copy of the brief and any exhibits filed in support of or in opposition to the motion to Judge Chief Judge McMahon's chambers, 2550, at 500 Pearl Street.

Chief Judge McMahon will notify counsel if oral argument is needed.