UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK, MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING FUND, and JOHN J. VIRGA, IN HIS FIDUCIARY CAPACITY AS DIRECTOR OF SAID FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>GILBANE BUILDING COMPANY,<br><br>Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**<br><br>Case No. 1:16-cv-07049 (GWG) |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel(s), that the above-captioned action is voluntarily dismissed, with prejudice and without fees or costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 29, 2019
New York, New York

By: *Thomas M. Kennedy / KMS*
Thomas M. Kennedy, Esq.
Joshua J. Ellison, Esq.
Kate M. Swearengen, Esq.
COHEN, WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, New York 10022-4869
(212) 563-4100
tkennedy@cwsny.com
jellison@cwsny.com
kswearengen@cwsny.com

*Counsel for Plaintiffs*

By: *Christine H. Chung*
Christine H. Chung, Esq.
Faith E. Gay, Esq.
David L. Elsberg, Esq.
Ryan W. Allison. Esq.
Shomik Ghosh, Esq.
SELENDY & GAY, PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000
cchung@selendygay.com
fgay@selendygay.com
delsberg@selendygay.com
rallison@selendygay.com
sghosh@selendygay.com

Aaron C. Schlesinger, Esq.
Peckar & Abramson, P.C.
1325 Avenue of the Americas, 10th Floor
New York, New York 10019
(212) 382-0909
aschlesinger@pecklaw.com

*Counsel for Defendant*